[No. 7293–9–II. Division Two. February 17, 1987.]

THE STATE OF WASHINGTON, *Respondent,* v. GREGORY ALAN THOMAS, *Appellant.*

Appeal from a judgment of the Superior Court for Kitsap

County, No. 83-1-00029-5, James D. Roper, J., entered August 15, 1983. *Reversed* and *remanded with instructions* by unpublished opinion per Goodloe, J. Pro Tem., concurred in by Foscue and Velie, JJ. Pro Tem.